**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


WILLIAM M. TAYLOR,                      )
                                        )       Civil Action No. 18 – 1579
                        Plaintiff,      )
                                        )       Magistrate Judge Lisa Pupo Lenihan
            v.                          )
                                        )
SGT. CHESMER, *et al.*,                 )
                                        )
                        Defendants.     )


## ORDER

The Plaintiff in this matter has submitted for filing a complaint without a filing fee or the

forms required to proceed *in forma pauperis* in a civil rights case.  This action may not proceed

unless the Plaintiff either,

> (1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of
>
> $400.00, or,
>
> (2) files a properly completed application to proceed *in forma pauperis*, along with an
>
> authorization form and a certified copy of his prison account statement for the six (6)
>
> months preceding the filing of the complaint.  An application to proceed *in forma*
>
> *pauperis* and authorization form are enclosed.

Therefore,

**IT IS HEREBY ORDERED** this 26th day of November, 2018 that the Clerk of Court

mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that the Plaintiff may submit a motion to proceed *in forma pauperis*, along with a certified copy of the inmate account statement for the six (6) months preceding the filing of the complaint. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the Plaintiff may reopen this case by paying the $400.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Plaintiff is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: William M. Taylor
HN2880
SCI Greene
175 Progress Drive
Waynesburg, PA 15330